Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
Adrian L. Canzoneri (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 – Telephone
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH VALLEY MASONRY, INC., a California Corporation,<br><br>Defendant. | Case No.: C14-03515 JSW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:     November 14, 2014<br>Time:     11:00 a.m.<br>Location: 1301 Clay Street<br>          Oakland, CA 94612<br>          Courtroom 5, 2nd Floor<br>Judge:    Honorable Jeffrey S. White |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for November 14, 2014, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance, as follows:

1.    As the Court's records will reflect, this action was filed on August 4, 2014. Defendant was served on August 11, 2014, and Proof of Service of Summons was filed with the Court on August 18, 2014 (Dkt. #11). Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on September 8, 2014 (Dkt. #15). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on September 18, 2014 (Dkt. #16).

2. Plaintiffs are preparing a Motion for Default Judgment, and will be filing the Motion within the next fourteen (14) days. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for November 14, 2014, be continued for sixty (60) days to allow for the preparation and filing of Plaintiffs' Motion for Default Judgment.

3. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 6th day of November, 2014, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

The currently set Case Management Conference is hereby continued to January 16, 2015 at 11:00 a.m., and all previously set deadlines and dates related to this case are continued accordingly.

Date: November 10, 2014

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE