UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS LOCAL NO. 3 PENSION TRUST AND ITS BOARD OF TRUSTEES, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SOUTH VALLEY MASONRY, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-03515-JSW   (KAW)<br><br>ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; ORDER SETTING HEARING DATE<br><br>Re: Dkt. No. 20 |

On November 21, 2014, Plaintiffs filed a motion for default judgment against Defendant South Valley Masonry, Inc. On December 3, 2014, the motion was referred to the undersigned for report and recommendation.

Upon review of Plaintiffs' moving papers, the Court requires supplemental briefing in support of Plaintiffs' request for reasonable attorneys' fees and costs. Plaintiffs' supplemental briefing must comply with the requirements set forth in Civil Local Rule 54-5(b)(2)-(3). Specifically, Plaintiffs must include information regarding the experience of every attorney and paralegal to support their billing rates. Simply identifying whether each attorney is an associate or shareholder is inadequate. Additionally, Plaintiffs shall provide copies of the actual billing records, including costs, to support the requested award of fees and costs. A supplemental declaration is sufficient.

Plaintiffs shall file the supplemental briefing on or before January 14, 2015. The court shall hear the motion for default judgment on February 5, 2015 at 11:00 a.m.

///

///

///

1      Plaintiffs shall serve a copy of this order on Defendant.

2      IT IS SO ORDERED.

3   Dated: December 5, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge